**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6720**

---

RAYMOND ADAMS,

Plaintiff - Appellant,

versus

BISHOP ROBINSON, Secretary of Public Safety
and Correctional Services; JOSEPH HENNEBERRY,
Director, Patuxent Institution; PATUXENT BOARD
OF REVIEW,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-94-
1679-L)

---

Submitted: October 23, 1997       Decided: November 14, 1997

---

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Raymond Adams, Appellant Pro Se. Stuart Milton Nathan, OFFICE
OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Adams v. Robinson</u>, No. CA-94-1679-L (D. Md. Apr. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>